IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CASEY DANIEL PIERCE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-31 |
| v. | |
| THE STATE OF GEORGIA; MARTY C. ALLEN; and TONYA JOHNSON, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Plaintiff filed an Objection, (doc. 8). Plaintiff's Objection is merely a reiteration of the claims he originally set forth in his Complaint which the Magistrate Judge correctly discussed. Accordingly, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. Further, the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 26th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA